544

A. S. WIKSTROM, Inc., as owner of THE
A. S. WIKSTROM, Libelant-
Appellee,

v.

MORANIA OIL TANKER CORP., as char-
tered owner of THE BILL ENDTER and
THE MORANIA 130, Claimant-Respond-
ent-Appellant.

No. 265, Docket 23515.

United States Court of Appeals
Second Circuit.

Argued April 11, 1955.

Decided April 28, 1955.

Leslie A. Hynes, New York City (Ne-
vius, Brett & Kellogg, New York City,
and Bond, Schoeneck & King, Syracuse,
N. Y., on the brief), for libelant-appel-
lee.

John A. Lyon, New York City (Pla-
tow & Lyon, New York City, on the
brief), for claimant-respondent-appel-
lant.

Before CLARK, Chief Judge, and
FRANK and HASTIE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District
Judge Brennan, 131 F.Supp. 240.